ANNE GAFFNEY, Respondent, *v.* THE BROOKLYN CITY RAILROAD COMPANY, Appellant.

Reported below, 6 Misc. Rep. 1.
(Argued December 2, 1895; decided December 19, 1895.)

APPEAL from judgment of the General Term of the City Court of Brooklyn, entered upon an order made December 27, 1893, which affirmed a judgment in favor of plaintiff entered upon a verdict, and also affirmed an order denying defendant's motion for a new trial.

*Matthew Hale* for appellant.

*Charles J. Patterson* for respondent.

Judgment affirmed, with costs; no opinion.
All concur, except GRAY, J., not sitting.